ANDRE BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JACQUELINE A. FORSLUND
Special Assistant United States Attorney
California State Bar No. 154575
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8932
    Facsimile: (415) 744-0134
    E-mail: jacqueline.a.forslund@ssa.gov

Attorneys for Defendant
Michael J. Astrue,
Commissioner of the Social Security

FILED
CLERK, U.S. DISTRICT COURT
JUN 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN FAITH SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. EDCV 10-0933 E<br><br>ORDER ~~STIPULATION~~ SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of ONE THOUSAND EIGHT HUNDRED AND TWELVE DOLLARS and no cents ($1,812.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ~~May~~ June 7, 2011

_____
CHARLES F. EICK
U.S. MAGISTRATE JUDGE